UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE GS 3, | Case No.  26-cv-00326-SK |
| Plaintiff, | |
| v. | ***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| ROBLOX CORPORATION, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Richard Seeborg to consider whether *John Doe GS 3 v. Roblox Corporation et al.*, No. 26-cv-00326-SK is related to *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, No. 25-md-03166-RS.

**IT IS SO ORDERED**.

Dated: February 4, 2026

_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California